IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LYNK LABS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | 1:21-cv-05021-MHC |
| | ) | |
| HOME DEPOT USA, INC., THE HOME DEPOT INC., AND HOME DEPOT PRODUCT AUTHORITY, LLC, | ) ) ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR EXPEDITED SCHEDULING CONFERENCE AND THE APPOINTMENT OF A SPECIAL MASTER <u>FOR CLAIM CONSTRUCTION</u>**

COMES NOW Plaintiff Lynk Labs, Inc. ("Lynk Labs"), by and through its undersigned counsel, and moves the Court for an Order expediting a scheduling conference in this matter, and for an Order appointing a Special Master for purposes of claim construction. The grounds for Lynk Lab's Motion are set forth in the accompanying brief in support. A proposed Order is attached hereto for the Court's convenience.

Respectfully submitted this 22nd day of December, 2021.

By: */s/ Steven G. Hill*
Steven G. Hill
GA Bar No. 354658
John L. North
GA Bar No. 545580

1

Martha L. Decker
GA Bar No. 420867
**HILL, KERTSCHER & WHARTON, LLP**
3625 Cumberland Blvd, SE, Suite 1500
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Facsimile:  (770) 953-1358
Email:  sgh@hkw-law.com
Email:  jln@hkw-law.com
Email:  md@hkw-law.com

*Counsel for Plaintiff Lynk Labs, Inc.*

OF COUNSEL:

K&L Gates LLP
70 West Madison Street, Suite 3300
Chicago, IL  60602-4207

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), undersigned counsel certifies that the foregoing pleading was prepared in Times New Roman, 14 point font, in compliance with Local Rule 5.1(C).

*/s/ Steven G. Hill*
Steven G. Hill
Georgia State Bar No. 354658
*Counsel for Plaintiff*

2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LYNK LABS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | 1:21-cv-05021-MHC |
| | ) | |
| HOME DEPOT USA, INC., THE HOME DEPOT INC., AND HOME DEPOT PRODUCT AUTHORITY, LLC, | ) ) ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 22nd day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

By: ***/s/ Steven G. Hill***
Steven G. Hill

*Attorneys for Plaintiff*