IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNK LABS, INC.,<br><br>　　　　　Plaintiff,<br>v.<br><br>HOME DEPOT USA, INC., THE HOME DEPOT INC., and HOME DEPOT PRODUCT AUTHORITY, LLC,<br><br>　　　　　Defendants. | Case No. 1:21-cv-05021-MHC<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO FILE UNDER SEAL

Defendants Home Depot U.S.A., Inc., The Home Depot Inc., and Home Depot Product Authority, LLC (collectively, "Home Depot")[1] move this Court for leave to file permanently under seal two exhibits attached to their Reply Memorandum in Support of Their Motion to Stay Pending Patent Office Review of the Validity of All

---

[1] The Home Depot, Inc. is an improperly named holding company; it does not manufacture, use, sell, or offer for sale any device accused of infringement in this case, nor does it operate Home Depot's retail stores or online presence. Those activities are performed solely by Defendants Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC. Accordingly, The Home Depot, Inc. should be dismissed from this case.

Asserted Patent Claims ("Memorandum"), as well as citations in the Memorandum to confidential information in the same:

- Exhibit 3 - Plaintiff Lynk Labs, Inc.'s Supplemental Responses and Objections to Home Depot's First Set of Venue Interrogatories (No. 4)
- Exhibit 4 - Video Recorded Deposition of Mike Miskin Excerpt at 38:9-39:19

A brief in support of this Motion has been attached showing good cause for allowing Home Depot's provisionally sealed documents to remain permanently under seal. Home Depot respectfully requests that the Court grant its motion.

DATED: January 14, 2022            Respectfully submitted,

*/s/ Christopher G. Campbell*
Christopher G. Campbell
**DLA PIPER LLP (US)**
Georgia Bar No. 789533
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309
Tel: 404.736.7800
Fax: 404.682.7800
christopher.campbell@dlapiper.com

Nicholas G. Papastavros
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: 617.406.6000
Fax: 617.406.6100
nick.papastavros@dlapiper.com

Brian K. Erickson
Jennifer Librach Nall
Aaron G. Fountain
**DLA PIPER LLP (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
brian.erickson@dlapiper.com
jennifer.nall@us.dlapiper.com
aaron.fountain@dlapiper.com

Jackob Ben-Ezra
**DLA PIPER LLP**
1000 Louisiana Street, Suite 2800
Houston, TX 77002-5005
Tel. 713.425.8400
Fax. 713.425.8401
jackob.ben-ezra@us.dlapiper.com


ATTORNEYS FOR DEFENDANTS
HOME DEPOT USA, INC., THE HOME
DEPOT INC., AND HOME DEPOT
PRODUCT AUTHORITY, LLC

## **LOCAL RULE 7.1(D) CERTIFICATION**

The undersigned counsel hereby certifies that the foregoing document was prepared in Times New Roman 14-point font, pursuant to Local Rule 5.1(B).

January 14, 2022                             */s/ Christopher G. Campbell*
                                                                Christopher G. Campbell

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorney(s) of record in this case.

January 14, 2022                             */s/ Christopher G. Campbell*
                                                                Christopher G. Campbell