IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNK LABS, INC., <br><br> Plaintiff, <br> v. <br><br> HOME DEPOT USA, INC., THE HOME DEPOT INC., and HOME DEPOT PRODUCT AUTHORITY, LLC, <br><br> Defendants. | Case No. 1:21-cv-05021-VMC <br><br> **JURY TRIAL DEMANDED** |

**ORDER**

Good cause having been shown in Home Depot's Motion to File Under Seal, the Motion is **GRANTED**. The Exhibits filed provisionally under seal shall remain sealed from the public view, as shall the citations to such exhibits in Home Depot's Reply Memorandum in Support of Their Motion to Stay Pending Patent Office Review of the Validity of All Asserted Patent Claims.

**IT IS SO ORDERED** this 21st day of April, 2022.

_____
**VICTORIA MARIE CALVERT**
**UNITED STATES DISTRICT JUDGE**