IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNK LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT USA, INC., THE HOME DEPOT INC., AND HOME DEPOT PRODUCT AUTHORITY, LLC, <br><br> Defendants. | Case No. 1:21-cv-05021-MHC <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF CONSENT OF WITHDRAWAL OF COUNSEL

COMES NOW Martha L. Decker, pursuant to Northern District of Georgia Local Rule 83.1(E)(3), and provides notice of her withdrawal by consent as counsel of record for Plaintiff Lynk Labs, Inc. in the above-referenced civil action. Steven G. Hill and John L. North from Hill, Kertscher & Wharton LLP, as well as counsel from K&L Gates LLP, will remain as counsel of record for Plaintiff Lynk Labs, Inc.

Lynk Labs, Inc. has been advised of the items set forth in LR 83.1(E)(2)(b)(B)-(H), and consents to this withdrawal.

Dated: November 30, 2022

Respectfully submitted,

/s/ *Steven G. Hill*
Steven G. Hill
GA Bar No. 354658
John L. North
GA Bar No. 545580
**HILL, KERTSCHER & WHARTON, LLP**
3625 Cumberland Blvd, SE, Suite 1500
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Facsimile: (770) 953-1358
Email: sgh@hkw-law.com
Email: jln@hkw-law.com

-and-

James Shimoto (*pro hac vice*)
Devon Beane (*pro hac vice*)
Nelson Hua (*pro hac vice*)
Anna Shabalov (*pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Email: jim.shimota@klgates.com
Email: devon.beane@klgates.com
Email: nelson.hua@klgates.com

-and-

Darlene Ghavimi (*pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna
Austin, TX 78746
Telephone: (512) 482-6800
Email: Darlene.ghavimi@klgates.com

                -and-

                Anna Shabalov (*pro hac vice*)
                **K&L GATES LLP**
                210 Sixth Avenue
                Pittsburg, PA 15222
                Telephone: (412) 355-6500
                Email: anna.shabalov@klgates.com

                *Counsel for Plaintiff Lynk Labs, Inc.*

DATE: 11/17/22        /s/ *Martha L. Decker*
                Martha L. Decker
                GA Bar No. 420867
                Email: md@hkw-law.com

                *Withdrawing attorney for Plaintiff Lynk Labs, Inc.*

DATE: 11/29/22

                Plaintiff Lynk Labs, Inc.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this __30__ day of __November__, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

By: __/s/ Steven G. Hill__
Steven G. Hill

*Attorneys for Plaintiff Lynk Labs, Inc.*