IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNK LABS, INC, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT USA, INC., THE HOME DEPOT INC., and HOME DEPOT PRODUCT AUTHORITY, LLC, <br><br> Defendants. | Civil Action No. <br> 1:21-cv-05021-VMC |

## ORDER

This matter is before the Court *sua sponte*. On March 31, 2022, the Court (Cohen, J.) entered an Order granting Defendant Home Depot's Motion to Stay Pending Patent Office Review of the Validity of All Asserted Patent Claims (Doc. 56). It appears that since that time, the PTAB proceedings have either been resolved by a final written decision, *see* IPR2021-01369, or by the stipulated dismissal of appeals, *see* IPR2021-01368, IPR2021-01370.

It is therefore **ORDERED** that the Parties are **DIRECTED** to file a status report or stipulation of dismissal in this action by no later than January 25, 2024.

**SO ORDERED** this 4th day of January, 2024.

_____
Victoria Marie Calvert
United States District Judge