IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNK LABS, INC., <br><br> Plaintiff, <br> v. <br><br> HOME DEPOT USA, INC., THE HOME DEPOT INC., and HOME DEPOT PRODUCT AUTHORITY, LLC, <br><br> Defendants. | Case No. 1:21-cv-05021-VMC <br><br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Pursuant to this Court's January 4, 2024 Order [D.I. 89], Plaintiff Lynk Labs, Inc. ("Lynk Labs") and Defendants Home Depot USA, Inc., The Home Depot, Inc. and Home Depot Product Authority, LLC (collectively, "Home Depot") submit this Joint Status Report to update the Court regarding the *inter partes* review and post-grant review proceedings (collectively, the "post-grant actions") pending before the U.S. Patent & Trademark Office ("USPTO") challenging the validity of all of Lynk Labs' asserted patent claims.

The USPTO invalidated all asserted patent claims from 7 of the 9 patents-in-suit which Lynk Labs has accused Home Depot of infringing – U.S Patent Nos.

1

10,757,783, 10,349,479, 10,154,551, 10,492,251, 10,091,842, 10,537,001, and 10,517,149 – in Final Written Decisions in the post-grant actions. Lynk Labs either did not appeal these decisions, or the appeals have now been dismissed. Home Depot separately appealed the USPTO's determination in IPR2022-00023 sustaining unasserted claim 2 of U.S. Patent No. 10,517,149 to the Federal Circuit Court of Appeals, and the appellant's brief has been submitted. Oral argument and a decision in that appeal are expected later this year.

The USPTO has invalidated all asserted claims from U.S. Patent No. 10,932,341 (the "'341 Patent"). Lynk Labs has appealed certain of the grounds from the USPTO's final written decision in PGR2022-00009 to the Federal Circuit Court of Appeals, and the appellant and appellee briefs have been submitted. Oral argument and a decision in that appeal are expected later this year.

The USPTO has invalidated asserted claims 7, 9, 10, and 11 and sustained asserted claim 13 from U.S. Patent No. 10,652,979 (the "'979 Patent"). Lynk Labs and Samsung Electronics both took appeals of the USPTO's final written decision in PGR2022-00009, which appeals have now been dismissed.

The parties jointly request that the Court enter an Order continuing the stay of the above-captioned action until such time as the above-referenced appeals are complete. The parties intend on submitting a further status report to the Court within thirty (30) days of completion of the last such appeal.

DATED:  January 24, 2024			Respectfully submitted,

			*/s/ Nicholas G. Papastavros*
			Christopher G. Campbell
			**DLA PIPER LLP (US)**
			Georgia Bar No. 789533
			1201 West Peachtree Street, Suite 2900
			Atlanta, GA 30309
			Tel: 404.736.7800
			Fax: 404.682.7800
			christopher.campbell@dlapiper.com

			Nicholas G. Papastavros (admitted *pro hac vice*)
			**DLA PIPER LLP (US)**
			33 Arch Street, 26th Floor
			Boston, MA 02110-1447
			Tel: 617.406.6000
			Fax: 617.406.6100
			nick.papastavros@dlapiper.com

			Brian K. Erickson
			Jennifer Librach Nall
			**DLA PIPER LLP (US)**
			303 Colorado Street, Suite 3000
			Austin, TX 78701
			Tel: 512.457.7125
			Fax: 512.457.7001
			brian.erickson@dlapiper.com
			jennifer.nall@us.dlapiper.com

			ATTORNEYS FOR DEFENDANTS HOME DEPOT USA, INC., THE HOME DEPOT INC., AND HOME DEPOT PRODUCT AUTHORITY, LLC

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Telephone: (512) 482-6800
darlene.ghavimi@klgates.com

Jim A. Shimota (admitted *pro hac vice*)
Devon C. Beane (admitted *pro hac vice*)
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
devon.beane@klgates.com

Steven G. Hill
GA Bar No. 354658
**HILL, KERTSCHER**
**& WHARTON, LLP**
3625 Cumberland Blvd, SE, Suite 1500
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Facsimile:  (770) 953-1358
Email: sgh@hkw-law.com
Email: jln@hkw-law.com
Email: md@hkw-law.com

*Attorneys for Plaintiff Lynk Labs, Inc.*

## **LOCAL RULE 7.1(D) CERTIFICATION**

The undersigned counsel hereby certifies that the foregoing document was prepared in Times New Roman 14-point font, pursuant to Local Rule 5.1(B).

January 24, 2024                    */s/ Nicholas G. Papastavros*
                                                Nicholas G. Papastavros

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorney(s) of record in this case.

January 24, 2024                    */s/ Nicholas G. Papastavros*
                                                Nicholas G. Papastavros