# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LYNK LABS, INC.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>HOME DEPOT USA, INC., THE HOME DEPOT INC., AND HOME DEPOT PRODUCT AUTHORITY, LLC,<br><br>　　　　　　Defendants. | Civil Action No. 1:21-cv-05021-MHC<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF
## NELSON HUA AS COUNSEL

Pursuant to Local Rule 83.1(E)(4), counsel for Plaintiff Lynk Labs, Inc. ("Plaintiff") hereby gives notice of the withdrawal of Nelson Hua, formerly of K&L Gates LLP, as counsel of record for Plaintiff in the above-referenced proceeding.

The withdrawal of Mr. Hua's appearance will not delay this proceeding and will not prejudice any party to this action. Plaintiff will continue to be represented by Steven G. Hill of Hill, Kertscher & Wharton, LLP.

Plaintiff respectfully requests that the Court and all parties remove Nelson Hua from all service lists, including ECF service lists, and cease to serve Mr. Hua with any documents subject to service and/or notice in this proceeding.

Dated: March 11, 2025.                    Respectfully Submitted,

                                                                           */s/ Steven G. Hill*
Steven G. Hill
Georgia Bar No. 354658
**HILL, KERTSCHER & WHARTON, LLP**
3625 Cumberland Blvd, SE, Suite 1500
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Email: sgh@hkw-law.com

*Attorneys for Plaintiff Lynk Labs, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Georgia, using the CM/ECF filing system of the court for electronic service on all parties.

>   */s/ Steven G. Hill*
>   Steven G. Hill
>   Georgia Bar No. 354658
>
>   *Attorneys for Plaintiff Lynk Labs, Inc.*