UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LYNK LABS, INC.,
    Plaintiff(s),

vs.

HOME DEPOT U.S.A. INC. et al,
    Defendant(s).

CIVIL ACTION FILE

NO. 1:21-cv-05021-VMC

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration, it is

**Ordered and adjudged** that summary judgment is granted in favor of Defendants on all claims except as provided in the Order entered 7/31/2025 under Federal Rule of Civil Procedure 56(f)(3), and final judgment is entered in favor of Defendants.

Dated at Atlanta, Georgia, this 31st day of July, 2025.

        KEVIN P. WEIMER
        CLERK OF COURT

By:  s/J. Underwood
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 31, 2025
Kevin P. Weimer
Clerk of Court

By:  s/J. Underwood
      Deputy Clerk